**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200

Attorneys for Appellant Creditor Azzure Capital, LLC                                JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>AZZURE CAPITAL, LLC,<br><br>Appellant,<br><br>v.<br><br>RICHARD A. MARSHACK, ET AL.,<br><br>Appellees. | Case No.: 8:25-cv-00115-FMO<br><br>Bk No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:24-ap-01011-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION [32] BETWEEN APPELLANT AZZURE CAPITAL, LLC AND APPELLEES, THE POST-CONFIRMATION OVERSIGHT COMMITTEE AND LIQUIDATING TRUSTEE, TO DISMISS APPEAL WITHOUT PREJUDICE**<br><br>**[NO HEARING REQUIRED]** |

The Court, having read and considered the Stipulation[1] entered into by and between Azzure, the Trustee, and the Committee, and good cause appearing therefore,

HEREBY ORDERS THAT:

    1.    The Stipulation is approved in its entirety.

    2.    The Appeal is DISMISSED WITHOUT PREJUDICE.

    3.    All the Parties' rights and remedies are preserved.

**IT IS SO ORDERED.**

Dated: April 4, 2025

                                                     /s/
                                       Honorable Fernando M. Olguin
                                       United Stated District Judge

---

[1] Capitalized terms not otherwise defined herein shall have their meaning in the Second Stipulation.